MICHELE BECKWITH
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant
U.S. Department of Education

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIO SALINAS, | CASE NO.  1:24-cv-01004-KES-CDB |
| Plaintiff, | EX PARTE APPLICATION FOR EXTENSION OF TIME FOR U.S. DEPARTMENT OF EDUCATION TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; ORDER |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLD, | |
| Defendants. | DATE : March 17, 2025<br>TIME : 1:30 p.m.<br>CTRM : 6<br>JUDGE: Honorable Kirk E. Sherriff |

Defendant, U.S. Department of Education, applies ex parte for an extension of time, until April 11, 2025, to file its Reply to Plaintiff Elio Salinas' Opposition to Defendant's Motion to Dismiss, and further, that the Court reset the hearing on Defendant's Motion to Dismiss to May 5, 2025.

Good cause exists for the granting of the requested extension as follows:

(1) Defendant's attorney, Assistant United States Attorney Alyson A. Berg, has been in trial in Sacramento in the matter of *Alison Stirm v. United States*, 2:22-cv-01330-KJM-CKD, before the Honorable Carolyn K. Delaney, United States Magistrate Judge, since February 24, 2025. The trial concluded today, March 5, 2025, leaving only two business days to prepare the Reply;

(2) Plaintiff's Opposition to Defendant's Motion to Dismiss was untimely, having been filed 42 days late.  Pursuant to Local Rule 230(c), Plaintiff's Opposition was due 14 days after the

1

Motion to Dismiss was filed, i.e., on January 17, 2025; and

(3) Counsel for the Defendant U.S. Department of Education attempted to meet and confer with Plaintiff's counsel to obtain a stipulation for the requested extension of time. The efforts at informal resolution of the matter were unsuccessful.

For the foregoing reasons, Defendant U.S. Department of Education requests this Court grant the requested extension.

Dated: March 5, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Attorney for Defendant

ORDER

Good cause having been shown,

It is ordered that Defendant Department of Education's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed no later than April 11, 2025; and

The hearing originally scheduled for March 17, 2025 remains vacated and the motion is submitted without oral argument pursuant to Local Rule 230(g).  Doc. 33.  The hearing may be reset if the Court determines that oral argument is warranted.

IT IS SO ORDERED.

Dated:   March 6, 2025

_____
UNITED STATES DISTRICT JUDGE